per Houghton, C.J., concurred in by Morgan and Hunt, JJ.

[No. 20789-3-II.    Division Two.    July 18, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. DENNIE LEE MCCRANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00748-9, James E.F.X. Warme, J., entered May 23, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20859-8-II.    Division Two.    July 18, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-01745-2, James D. Ladley, J., entered June 25, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20894-6-II.    Division Two.    July 18, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. DONALD CHARLES SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03922-9, Thomas R. Sauriol, J., entered July 1, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20991-8-II.    Division Two.    July 18, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN GABRIEL NIMESKERN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-8-00444-5, Thomas A. Swayze, Jr., J., entered June 11, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.